UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Jerry Rhudy, et al. )<br>)<br>   Plaintiffs, )<br>)<br>v. )<br>)<br>Indevus Pharmaceuticals, Inc., et al. )<br>)<br>   Defendants. )<br>) | CIVIL ACTION<br>NO. 04-11309 GAO |

NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

Certified Copies of Middlesex Superior Court docket and pleadings.

The original documents are maintained in the case file in the Clerk's Office.


Dated: June 25, 2004          /s/ Janice W. Howe
                              William A. McCormack  BBO #329580
                              Janice W. Howe BBO #242190
                              David Yamin BBO #562216
                              Bingham McCutchen LLP
                              150 Federal Street
                              Boston, MA  02110
                              (617) 951-8000
                              *Counsel for Defendants Wyeth and*
                              *Wyeth Pharmaceuticals, Inc.*

LITDOCS/556904.1