UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------- x
JERRY RHUDY, DAWN SABEC, MARIA :
(ELAINE) TANNER, DIANN UNDERWOOD, :
SHIRLEY VON DORN, PHYLLIS WALLACE, :
TINA WALRATH, KIM WARREN, SUE :
WEIPPERT, LARRY WHITE, :
    :
    Plaintiffs. : Civil Action
v. : No. 04-11309-GAO
    :
INDEVUS PHARMACEUTICALS, INC., F/K/A :
INTERNEURON PHARMACEUTICALS, INC.; :
WYETH, INC., F/K/A AMERICAN HOME :
PRODUCTS CORPORATION; WYETH :
PHARMACEUTICALS, INC F/K/A WYETH- :
AYERST PHARMACEUTICALS, INC., A :
DIVISION OF AMERICAN HOME PRODUCTS :
CORPORATION; AND BOEHRINGER :
INGELHEIM PHARMACEUTICALS, INC., :
    :
    Defendants. :
---------------------------------- x

## NOTICE OF APPEARANCE

    Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: July 6, 2004                        Respectfully submitted,
    Boston, Massachusetts

                                                              /s/Matthew J. Matule
                                                              Matthew J. Matule (BBO #632075)
                                                              SKADDEN, ARPS, SLATE,
Of Counsel:                                  MEAGHER & FLOM LLP
Barbara Wrubel                           One Beacon Street
Katherine Armstrong                  Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,           (617) 573-4800
   MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                              Counsel for Defendant
                                                    Boehringer Ingelheim Pharmaceuticals, Inc.